ent.— Judgment and order affirmed, with costs, on opinion of Chester, J., on former appeal in same case, reported at 86 Appellate Division, 593. All concurred.

Grant Fluker, by Edward Fluker, His Guardian ad Litem, Respondent, v. Ziegele Brewing Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Williams, J., who dissented upon the ground that the evidence fails to establish actionable negligence on the part of the defendant.

Emil J. Wesp, as Trustee, etc., Respondent, v. William J. Muckle and Others, Appellants.— Motion for reargument denied, with ten dollars costs.

Teresa Tomala, Respondent, v. New York Life Insurance Company, Appellant (Action No. 1).— Order modified by striking therefrom paragraphs numbered "sixth" and "seventh," and as so modified affirmed, without costs of this appeal to either party. All concurred.

Teresa Tomala, Respondent, v. New York Life Insurance Company, Appellant (Action No. 2).— Order modified by striking therefrom paragraphs numbered "sixth" and "seventh," and as so modified affirmed, without costs of this appeal to either party. All concurred.

Teresa Tomala, Respondent, v. New York Life Insurance Company, Appellant (Action No. 3).— Order modified by striking therefrom paragraphs numbered "sixth" and "seventh," and as so modified affirmed, without costs of this appeal to either party. All concurred.

Jeremiah Crowley, Respondent, v. Albion D. F. McIntosh, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall, within twenty days, stipulate to reduce the verdict to the sum of $1,200 as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred.

Emma A. Thomas, Plaintiff, v. James C. Davis and Myron E. Parks, Defendants.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for defendants upon the verdict, with costs. All concurred.

Josephine Gimbol, as Administratrix, etc., of Antonio Gimbol, Deceased, Plaintiff, v. The Lake Shore and Michigan Southern Railway Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

William E. Coe, Appellant, v. Pennsylvania Railroad Company, Respondent. — Judgment and order affirmed, with costs. All concurred.

Elizabeth Gruner, Respondent, v. Ernest L. Ruffner and Others, Impleaded with Charles A. Pooley, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to Court of Appeals granted. Settle order before Mr. Justice Spring, on two days' notice.

John J. Casey, as Administrator, etc., Respondent, v. Davis & Furber Machine Company, Appellant. Mae Pilger, by Guardian, etc., Appellant, v. Raymond C. Bell, Respondent. Adriance, Platt & Company, Appellant, v. Eben H. Bates, Respondent. Carbonating Apparatus Company, Respondent, v. Charles H.